156 A.3d 169

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. AMBOY NATIONAL BANK ACCOUNT NUMBER XXX–XXXX–2 VALUED AT FOUR HUNDRED THIRTY-SIX THOUSAND EIGHT HUNDRED FORTY-FIVE DOLLARS AND EIGHTY-SIX CENTS IN UNITED STATES CURRENCY, AMBOY NATIONAL BANK ACCOUNT NUMBER XXX–XXXX–4 VALUED AT THREE HUNDRED EIGHTY-TWO THOUSAND THREE HUNDRED NINETY-EIGHT DOLLARS AND FOURTEEN CENTS IN UNITED STATES CURRENCY, AMBOY NATIONAL BANK ACCOUNT

XXX–XXXX–5 VALUED AT SEVENTEEN THOUSAND NINE HUNDRED FIFTY DOLLARS AND FOURTEEN CENTS IN UNITED STATES CURRENCY, AND EIGHT THOUSAND EIGHT HUNDRED FORTY-FIVE DOLLARS IN UNITED STATES CURRENCY, DEFENDANTS. (JOHN R. BOVERY, JR. AND MARY BOVERY–PETITIONERS)

November 9, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000703–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.